# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00094-LDG-VCF |
| vs. | **MINUTE ORDER** |
| DEANDRE SPENCER COTTON, | |
| Defendant. | |

Before the court is the Request for New Counsel and Request for Extension of Pre-trial Motion Deadlines (#31).

IT IS HEREBY ORDERED that a hearing on the Request for New Counsel and Request for Extension of Pre-trial Motion Deadlines (#31) is scheduled for 11:00 a.m., August 5, 2015, in courtroom 3D.  The pre-trial motion deadlines will be reset at the hearing.

The U.S. Marshal is directed to transport Defendant to and from the hearing.

DATED this 24th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE