# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEANDRE SPENCER COTTON,<br><br>　　　　　Defendant. | 2:15-cr-00094-LDG-VCF<br>**ORDER** |

　　　　Pursuant to a referral (#66) by the Honorable Lloyd D. George, United States District Judge, the undersigned is setting an evidentiary hearing on Defendant's Motion to Suppress (#42).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that an evidentiary hearing is scheduled for 10:00 a.m., May 4, 2016, in courtroom 3D.  The evidentiary hearing will allow Cotton the opportunity, among others, (1) to test Officer Ruzicka's position regarding the reasons for his stop, (2) whether any other officer involved in the encounter smelled marijuana and in what form, (3) when Officer Ruzicka determined that a search of the vehicle was supported by the odor of marijuana, and (4) to present any testimony from the apparent third party in the vehicle at the time of the stop.

　　　　DATED this 15th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE