# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEANDRE SPENCER COTTON,<br><br>　　　　Defendant. | 2:15-cr-00094-LDG-VCF<br>**ORDER** |

　　　Before the Court is the Government's Emergency Motion to Continue Evidentiary Hearing (#80).

　　　IT IS HEREBY ORDERED that the Emergency Motion to Continue Evidentiary Hearing (#80) is GRANTED and the evidentiary hearing scheduled for June 8, 2016 is VACATED.

　　　IT IS FURTHER ORDERED that a status hearing, regarding new dates for the evidentiary hearing, is scheduled for 10:00 a.m., June 8, 2016, in courtroom 3D.

　　　DATED this 6th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE