

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-cr-094-LDG-VCF |
| ) | |
| vs. ) | |
| ) | |
| DEANDRE SPENCER COTTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 5, 2017, Amy B. Cleary, Assistant Federal Public Defender, submitted requests for transcripts of two partially **SEALED** hearings held on **June 26, 2015 (10:10:20 - 10:21:39) and August 5, 2015 (11:02:18 - 11:13:34)**.

**IT IS THE ORDER OF THE COURT** that the **SEALED** portions of these audios shall be unsealed by the Clerk for the limited purpose of providing copies of the transcripts as requested by counsel for the defendant.

**IT IS FURTHER ORDERED** that the **SEALED** portions of these audios shall thereafter be resealed by the Clerk, and a certified copy of these transcripts be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that counsel shall not disclose the **SEALED** contents of the transcripts of these proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 8 day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE