RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Deandre Spencer Cotton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00094-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| DEANDRE SPENCER COTTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Deandre Spencer Cotton, that the Revocation Hearing currently scheduled on January 22, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel needs additional time to investigate the allegations within the petition.

2.    The defendant is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of January, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United
States Attorney


By */s/ Dawn A. Penn*

DAWN A. PENN
Assistant Federal Public Defender

By */s/ Lauren Ibanez*

LAUREN IBANEZ
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00094-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DEANDRE SPENCER COTTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 22, 2026 at 1:30 p.m., be vacated and continued to March 4, 2026 at the hour of 9:00 a.m.in Courtroom 6C; or to a time and date convenient to the court.

DATED this 21st day of January, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3