**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00094-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DEANDRE SPENCER COTTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 12, 2026 at 11:00 a.m., be vacated and continued to July 16, 2026 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 6th day of May, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3