RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_penn@fd.org

Attorney for Deandre Spencer Cotton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEANDRE SPENCER COTTON,

Defendant.

Case No. 2:15-cr-00094-APG-VCF

**STIPULATION TO CONTINUE REVOCATION HEARING**
(Fourth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Deandre Spencer Cotton, that the Revocation Hearing currently scheduled on August 20, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The violations within the petition contain new law violation allegations that occurred at the state level.

2. The corresponding state case is set for a preliminary hearing on September 3, 2026.

3. The resolution of the state case is necessary for the outcome of the instant proceedings and potential resolutions between the defense and the government.

4. Thirty days would allow the parties to confer regarding a potential resolution and for defense counsel to discuss any pertinent information with the defendant.

5. The parties agree to a continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 17th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By /s/ *Dawn A. Penn*

DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By /s/ *Brian Whang*

BRIAN WHANG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEANDRE SPENCER COTTON,

Defendant.

Case No. 2:15-cr-00094-APG-VCF

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 20, 2026, at 9:00 a.m., be vacated and continued to September 23, 2026 at the hour of 10:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 18th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE